IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.    3:07cr57/MCR/CJK

JOHN PETER MIKHAEL

_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 16, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The "Motion for Statement of Reasons" (doc. 368) is DENIED.

**DONE AND ORDERED** this 18th day of September, 2012.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**