# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.

JOHN PETER MIKHAEL

Case No.: 3:07cr57-001/MCR
USM No.: 06720-017

_____/

Date of Original Judgment:  October 3, 2007

Date of Previous Amended Judgment:  November 17, 2010
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **120** months is **reduced** to **97** months, resulting in a sentence of *time served*, effective November 1, 2015.

*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date:  April 17, 2015

Effective Date:  November 1, 2015
*(if different from order date)*

Signature of Judge
M. Casey Rodgers
Chief United States District Judge
Printed Name and Title of Judge

Rec'd 0417'15 USDcFln 3PM0247